# United States Court of Appeals for the Federal Circuit

---

**ATEN INTERNATIONAL CO., LTD.,**
*Plaintiff - Appellant*

**v.**

**UNICLASS TECHNOLOGY CO., LTD., ELECTRONIC TECHNOLOGY CO., LTD., AIRLINK 101, PHOEBE MICRO, INC., BROADTECH INTERNATIONAL CO., LTD., DBA LINKSKEY, BLACK BOX CORPORATION, BLACK BOX CORPORATION OF PENNSYLVANIA,**
*Defendants - Appellees*

---

2018-1606

---

Appeal from the United States District Court for the Central District of California in No. 2:15-cv-04424-AG-AJW, Judge Andrew J. Guilford.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART**

ENTERED BY ORDER OF THE COURT

August 6, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court